UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brad Hall,

    Plaintiff,

    v.       Case No. 2:15–cv–1206

Commissioner of Social Security,       Judge Michael H. Watson

    Defendant.

## ORDER

On January 24, 2017, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Brad Hall's ("Plaintiff") Complaint in this Social Security case. The R&R recommended overruling Plaintiff's statement of errors and affirming the decision of the Commissioner of Social Security.

The R&R notified Plaintiff of his right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised Plaintiff that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 8, ECF No. 17. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Plaintiff's statement of errors is **OVERRULED**, and the Commissioner's finding is **AFFIRMED**. The Clerk shall enter final judgment for defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**